# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED 05 APR 25 AM 11: 1_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**ANTHONY EUGENE MILLER,**       **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.

**STATE OF TENNESSEE, et al.,**       **CASE NO: 05-2082-B**

        **Defendants.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on April 21, 2005, this cause is hereby dismissed.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

4/25/05
Date

**ROBERT R. DI TROLIO**
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02082 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Anthony E. Miller
3090 Overbrook Rd.
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT